IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA COOKS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 17-cv-02539-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT**

On May 12, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her complaint, filed May 3, 2017.

**IT IS SO ORDERED.**

Dated: May 16, 2017

MAXINE M. CHESNEY
United States District Judge