IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 17-cv-02539-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR REMAND** |

Before the Court is plaintiff Linda Cooks' ("Cooks") Motion for Remand, filed May 17, 2017. On May 31, 2017, defendant Wells Fargo Bank, N.A. ("Wells Fargo, N.A.") filed opposition,[1] and on June 7, 2017, Cooks filed a reply, after which, on June 29, 2017, with leave of Court, Wells Fargo, N.A. filed a surreply. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 14, 2017.[2]

**IT IS SO ORDERED.**

Dated: July 10, 2017

MAXINE M. CHESNEY
United States District Judge

---

[1] The other two defendants, Wells Fargo Home Mortgage and Wells Fargo & Company, have not appeared.

[2] In light thereof, Wells Fargo, NA.'s Request to Appear Telephonically at [the] Hearing is DENIED as moot. For future reference, Wells Fargo, N.A. is advised that the Court does not conduct telephonic hearings on contested motions.